CLAUDE G. AKINS, Appellant, v. EMIL F. PORRECA and Another, Respondents. — Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

FLORENCE AKINS, Appellant, v. EMIL F. PORRECA and Another, Respondents. — Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Claim of EDNA VAN WICKLE, Appellant, against CHARLES C. COOK, as Surviving Executor, etc., of CHARLES E. CROUSE, Deceased, Respondent.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

REMINGTON ARMS COMPANY, INCORPORATED, Respondent, v. CONSOLIDATED AUTOMATIC MERCHANDISING CORPORATION, Appellant.— Stay pending appeal granted, and time for service of defendant's answer extended until ten days after service of order made upon determination of this appeal. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

LUCY MENIHAN, Respondent, v. WILLIAM G. MENIHAN, Appellant.—Appeal dismissed unless appellant shall be ready for argument on May seventh. Present Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

CHARLES R. DRAKE, Appellant, v. LINEATIME MANUFACTURING COMPANY, Respondent.—Appeal dismissed unless appellant shall file and serve printed briefs by May seventh. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

JULIA E. BUELL, as Administratrix, etc., of CHARLES E. BUELL, Deceased, Respondent, v. UTICA GAS AND ELECTRIC COMPANY, Appellant.—Appeal dismissed unless appellant shall file and serve printed briefs by May sixth. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

BEATRICE TERRY and Another, Respondents, v. FIFTY CENT CAB, INCORPORATED, Appellant.— Motion to dismiss appeal denied upon condition that appellant shall furnish another bond properly approved, or furnish a stipulation to accept service within three days of an exception to the surety on the present bond. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EMILIO DELLA FAVE, Appellant.—Appeals taken in eleven separate actions bearing same title dismissed, unless appellant shall file and serve printed papers and printed briefs by August first and be ready for argument of the appeals at the opening of the September term. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

MABEL M. SHAUT, Respondent, v. WALTER SHAUT, Appellant.—Appeal dismissed unless appellant shall file and serve printed briefs by May sixth and argue the appeal on May seventh. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, Respondent, v EMROY ELWOOD, Appellant, Impleaded with Another, Defendant.—Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.